

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-16-00289-CV

| | | |
|---|---|---|
| Geo-Tech Foundation Repair | § | From County Court at Law No. 2 |
| | § | of Tarrant County (2015-006367-2) |
| v. | § | March 30, 2017 |
| Terry Leggett | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying Geo-Tech Foundation Repair's motion to compel arbitration. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Terry Leggett shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston